**Kent MILLER; Barbara Miller,**
**Plaintiffs–Appellants,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

**No. 04–17470.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 26, 2006.

Filed Dec. 4, 2006.

Don Paul Badgley, Esq., Mark J. Wilson, Esq., Badgley Mullins Law Group, PLLC, Brian G. Isaacson, Esq., Merriam & Isaacson, P.S., Seattle, WA, for Plaintiff–Appellant.

Jay R. Weill, Esq., Office of the U.S. Attorney, San Francisco, CA, Joan I. Op-

penheimer, Esq., Gilbert S. Rothenberg, Esq., Richard Farber, Esq., Michael J. Haungs, Esq., Michael J. Haungs, Esq., U.S. Department of Justice, Tax Division, Washington, DC, for Defendant–Appellee.

Before: GOODWIN and KOZINSKI, Circuit Judges, and SHADUR *, Senior District Judge.

## MEMORANDUM **

For the reasons stated in *United States v. Tuff,* 469 F.3d 1249 (9th Cir.2006), the district court's summary judgment in favor of the United States is **AFFIRMED.**

---

* The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.